UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BERNARD WOODARD** | ) | |
| | ) | |
| v. | ) | NO: 2:20-cv-00007 |
| | ) | |
| **EDDIE FARRIS,** *et al.* | ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 17) in which she recommends that this action be dismissed without prejudice for failure to effect service and failure to follow an Order of the Court. No objections have been filed.

Having reviewed the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition for the reasons stated by Magistrate Judge Holmes. Accordingly, the Report and Recommendation (Doc. No. 17) is **ACCEPTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall enter a final judgment and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE